# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

DARRYL A. WILLIAMS, JR.,

      *Plaintiff*,

vs.

PITNEY BOWES MANAGEMENT SERVICES,

      *Defendants.*

Case No. 11-cv-2593-EFM

## ORDER

Upon consideration of Magistrate Judge David J. Waxse's Report and Recommendations (Doc. 6) and noting that no objections were filed by Plaintiff, this Court accepts the recommended decision of the Magistrate Judge and adopts it as its own. Thus, Plaintiff shall have up to and including December 30, 2011 in which to pay the full $350 filing fee. If the required filing fee is not paid by this date the case will be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 30th day of November, 2011, in Wichita, Kansas.

                                             ERIC F. MELGREN
                                             UNITED STATES DISTRICT JUDGE